**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

 **v.**                                          **CASE NO. 8:22-cr-382-VMC-MRM**
**FREDDIE JESUS LOPEZ**
_____/

## DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR REASONABLE SENTENCE

COMES NOW, the defendant, Freddie Jesus Lopez, by and through undersigned counsel, and files the following sentencing memorandum requesting the imposition of a sentence below the advisory guideline range computed in the Presentence Investigation Report (PSR) as such a sentence would be sufficient, but not greater than necessary to comply with the purposes of sentencing enumerated in 18 U.S.C. § 3553(a). As grounds to support this motion, Mr. Jesus Lopez states:

## I. INTRODUCTION

### a. Mr. Jesus Lopez's Character and Background

Mr. Jesus Lopez is a 33-year-old loving son and grandson who worked hard as a security guard in Riohacha, Colombia. Unable to make ends meet and wanting so badly to help his family, Mr. Jesus Lopez made the very poor decision to commit the offense for which he is before this Honorable Court.

### b. The Offense Conduct

This case involves two individuals, including Mr. Jesus Lopez in a low-profile vessel (LPV) that the United States Coast Guard interdicted in the Caribbean Sea, approximately 85 nautical miles south of Isla Beata, Dominican Republic.  Subsequently, law enforcement

discovered 160 kilograms of cocaine. The parties were eventually brought to the United States for prosecution.

Mr. Jesus Lopez accepted responsibility in the instant case and admitted his guilt through a plea agreement with the Government.

## II. GUIDELINES CALCULATION AND MOTION FOR MITIGATING ROLE

The instant offense carries a minimum term of imprisonment of ten years and a maximum term of life.  A probationary term of five years of supervised release is required, however, Mr. Jesus Lopez is Colombian and was paroled into the United States for prosecution.  It is likely he will be deported to Colombia after serving his prison term.

Mr. Jesus Lopez's advisory guideline range, as calculated in the Presentence Investigation Report (PSR) falls at a total offense level of 31 with a criminal history category I.  As such, the PSR's advisory guidelines range is 108 months in prison to 135 months in prison.

## III. MOTION FOR DOWNWARD VARIANCE PURSUANT TO 18 U.S.C. § 3553(a)

As this Honorable Court is well aware, a United States District Court is no longer limited by the guidelines since the matrix is merely considered advisory.  *United States v. Booker*, 543 U.S. 220, 245-267, 125 S. Ct 738 (2005).   The use of the guidelines in a roll other than advisory violates the defendant's Sixth Amendment rights.  *Booker* at 244-245.  Further, there is no legal presumption that the Guidelines sentence should apply.  *Rita v. United States*, 551 U.S. 338, 351, 127 S. Ct. 2456 (2007).

A district court has the ability and authority to impose a sentence, merely "because the case warrants a different sentence…" regardless of the range calculated by the guidelines.  A sentencing court may impose any sentence it deems appropriate as long as the court properly calculates and considers the guidelines along with the sentencing factors of 18 U.S.C. § 3553(a), before reaching its final decision.  *Id.*

As further explained below, Mr. Jesus Lopez respectfully suggests that an individualized consideration of the 18 U.S.C. § 3553(a) factors supports the imposition of a below-guidelines sentence.

**a. Nature and circumstances of the offense and the history and characteristics of Mr. Jesus Lopez.**

Without downplaying the seriousness of this offense, Mr. Jesus Lopez's background plays a significant role in his involvement. A resident of poverty-stricken Riohacha, Colombia, Mr. Jesus Lopez wanted desperately to better provide for his family. Unfortunately, that desperate decision to participate in a drug-smuggling venture resulted in a much greater tragedy to his family – the absence of a son and grandson.

Mr. Jesus Lopez was born in Riohacho, Colombia. Raised by a single mother with the help of his loving grandmother, Mr. Jesus Lopez was unable to finish school and at the age of ten, dropped out so that he could work to help support his family.

**b. The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense.**

Unquestionably, Mr. Jesus Lopez recognizes the seriousness of this offense and realizes this Court should and will punish him accordingly. Factors are present in this case, however, that sufficiently mitigate and support a sentence below the guidelines. As his family's only financial contributor, Mr. Jesus Lopez's mother and grandmother will suffer immeasurably while he is incarcerated. A multiple year incarcerative sentence given to a non-violent, first-time offender who, after serving such sentence will be deported, will certainly reflect the seriousness of the offense, promote respect for the law, and provide just punishment.

**c. Proposed Guideline Change §4C1.1**

In further support of a sentence below the guidelines, Mr. Jesus Lopez points out the recent proposed change to the USSC Guidelines.[1] Specifically, the Commission created a new guideline at §4C1.1 which provides for a two-level reduction for "certain zero-point offenders." Mr. Jesus Lopez, at zero criminal history points, does not have any disqualifiers for the additional reductions under the proposed change and respectfully requests the Court take this proposed change into account when fashioning Mr. Jesus Lopez's sentence.

## IV. CONCLUSION

After consideration of the foregoing, Mr. Jesus Lopez respectfully requests this Honorable Court impose a sentence below the advisory guideline range.

Respectfully Submitted,

*/s/ Summer Rae Goldman*
Summer Rae Goldman
FBN: 0494615
Goldman Wetzel, PLLC
915 1st Ave. North
St. Petersburg, FL 33705
Telephone: (727) 828-3900
Facsimile: (727)828-3901
Summer@goldmanwetzel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July 2023, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of Court, which will send notice of the electronic filing to all interested parties.

*/s/ Summer Rae Goldman*_____
Summer Rae Goldman

---

[1] https://www.ussc.gov/sites/default/files/pdf/amendment-process/reader-friendly-amendments/20230405_prelim-RF.pdf